UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

**COREY EBANKS,**  )
)
        Petitioner,  ) Case No. CV 11-5327 DSF (AJW)
)
        v.  )
) ORDER ACCEPTING REPORT AND
**LINDA SANDERS, WARDEN,**  ) RECOMMENDATION OF
) MAGISTRATE JUDGE
        Respondent.  )
_____ )

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

        6/25/12

    DATED: _____

                                            _____
                                            Dale S. Fischer
                                            United States District Judge