UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| COREY EBANKS, | ) | |
| | ) | |
| Petitioner, | ) | No. CV 11-5327-DSF (AJW) |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| LINDA SANDERS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

6/25/12

Dated:  _____

_____
Dale S. Fischer
United States District Judge