UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| **COREY EBANKS,** | ) | |
| | ) | |
| Petitioner, | ) | No. CV 11-5327-DSF (AJW) |
| | ) | |
| **vs.** | ) | |
| | ) | JUDGMENT |
| **LINDA SANDERS, Warden,** | ) | |
| | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: 6/25/12

_____
Dale S. Fischer
United States District Judge